UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI,<br><br>                         Petitioner,<br>     v.<br>WARDEN BAKER, *et al.*,<br>                        Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

Petitioner has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court finds that Petitioner is unable to pay the filing fee.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is granted. Petitioner need not pay the filing fee of five dollars.

It is further ordered that the Clerk of the Court file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the motion for appointment of counsel.

It is further ordered that Petitioner's motion for appointment of counsel is granted. The Federal Public Defender ("FPD") is provisionally appointed to represent Petitioner.

It is further ordered that the FPD must, within thirty days from the date that this order is entered, undertake direct representation of Petitioner or indicate to the Court the FPD's inability to represent Petitioner in these proceedings. If the FPD does undertake representation of Petitioner, the FPD will then have sixty days to file an amended petition for a writ of habeas corpus, if desired. If the FPD is unable to represent Petitioner, then the Court will appoint alternate counsel.

It is further ordered that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

It is further ordered that the Clerk add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for Respondents.

It is further ordered that the Clerk electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the Petition and a copy of this order.

It is further ordered that Respondents' counsel must enter a notice of appearance within twenty days of entry of this order, but no further response will be required from Respondents until further order of the Court.

It is further ordered that, notwithstanding Local Rule LR IC 2-2(g) paper copies of any electronically filed exhibits need not be provided to chambers or to the staff attorney, unless later directed by the Court.

DATED THIS 21st day of December 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE