UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FRANK ZANINI, | Case No. 3:18-cv-00336-MMD-WGC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner's unopposed motion for leave to file a second amended petition (ECF No. 11) is granted, and Petitioner will have ninety days from entry of this order within which to file a second amended petition, without prejudice to any potential defenses that may be raised by Respondents. *See also McMahon v. Neven*, No. 2:14-cv-00076-APG-CWH, ECF No. 29 (D. Nev., May 29, 2014) (approving and explaining the Court's rationale in allowing a bifurcated amendment procedure in habeas cases where the limitation period potentially may expire before federal habeas counsel would be able to conduct a complete investigation).

DATED THIS 4th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE