# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK ZANINI,<br><br>                       Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>                      Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for an extension of time (first request) (ECF No. 16) is granted. Petitioner will have through August 5, 2019, to file a second amended petition.

DATED THIS 7th day of May 2019.

                                                                MIRANDA M. DU
                                                                 UNITED STATES DISTRICT JUDGE