UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK ZANINI,<br><br>                Petitioner,<br>    v.<br>WARDEN BAKER, et al.,<br><br>                Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

    Good cause appearing, Respondents' motion for an extension of time (first request) (ECF No. 21) is granted. Respondents will have through July 23, 2019, to file a response to the motion for discovery (ECF No. 20).

    DATED THIS 18th day of July 2019.

                                               MIRANDA M. DU
                                               UNITED STATES DISTRICT JUDGE