UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK ZANINI,<br><br>                      Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br>                      Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

Good cause appearing, it is ordered that Petitioner's unopposed motion for an extension of time (second request) (ECF No. 27) is granted. Petitioner will have through November 4, 2019, to file a second amended petition.

DATED THIS 7th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE