UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

Petitioner Frank Zanini has filed an unopposed motion for an extension of time (third request) (ECF No. 31), which this Court will grant for good cause.

It therefore is ordered that Petitioner's unopposed motion for an extension of time (third request) (ECF No. 31) is granted. Petitioner will have through January 17, 2020 to file a second amended petition.

DATED THIS 5th day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE