UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI,<br><br>                Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>               Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

    Petitioner Frank Zanini has filed an unopposed motion for an extension of time (fourth request) (ECF No. 34). The Court finds good cause to grant the motion.

    It therefore is ordered that Petitioner's unopposed motion for an extension of time (fourth request) (ECF No. 34) is granted. Petitioner will have through January 31, 2020, to file a second amended petition.

    DATED THIS 22nd day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE