UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK ZANINI,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>WARDEN BAKER, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

Petitioner filed an unopposed motion for an extension of time (first request) (ECF No. 52). The Court finds good cause exists to grant the motion.

It therefore is ordered that Petitioner's unopposed motion for an extension of time (first request) (ECF No. 52) is granted. Petitioner will have up to and including May 26, 2020, to file an opposition to the motion to dismiss (ECF No. 51).

DATED THIS 29th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE