UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FRANK ZANINI, | Case No. 3:18-cv-00336-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for an extension of time (second request) (ECF No. 54). The Court finds there is good cause to grant the motion.

It therefore is ordered that Petitioner's unopposed motion for an extension of time (second request) (ECF No. 54) is granted. Petitioner will have up to and including June 25, 2020, to file an opposition to the motion to dismiss (ECF No. 51).

DATED THIS 28th day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE