UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK ZANINI,<br><br>　　　　　Petitioner,<br>　　v.<br>WARDEN BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

Petitioner filed an unopposed motion for an extension of time (third request) (ECF No. 56). The Court finds good cause exists to grant the motion.

It therefore is ordered that Petitioner's unopposed motion for an extension of time (third request) (ECF No. 56) is granted. Petitioner will have up to and including July 2, 2020, to file an opposition to the motion to dismiss (ECF No. 51).

DATED THIS 26th day of June 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE