UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI, | Case No. 3:18-cv-00336-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner filed a motion for leave to exceed page limit (ECF No. 59). The Court finds good cause exists to grant the motion.

It therefore is ordered that Petitioner's motion for leave to exceed page limit (ECF No. 59) is granted. The Court waives the page limit for Petitioner's opposition to Respondents' motion to dismiss (ECF No. 58).

DATED THIS 6th day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE