UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| FRANK ZANINI, | Case No. 3:18-cv-00336-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Respondents filed an unopposed motion for enlargement of time (first request) (ECF No. 61). The Court finds good cause exists to grant the motion.

It therefore is ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 61) is granted. Petitioner will have up to and including August 6, 2020, to file a reply to Petitioner's opposition to the motion to dismiss (ECF No. 58).

DATED THIS 8th day of July 2020.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE