UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FRANK ZANINI,

                Petitioner,

v.

WARDEN BAKER, et al.,

                Respondents.

Case No. 3:18-cv-00336-MMD-WGC

ORDER

    Respondents filed an unopposed motion for enlargement of time (first request) (ECF No. 65). The Court finds good cause exists to grant the motion.

    It therefore is ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 65) is granted. Respondents will have up to and including July 23, 2021, to file an answer to the second amended petition (ECF No. 36).

    DATED THIS 24th Day of May 2021.

MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE