UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK ZANINI,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>WARDEN BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

Respondents filed an unopposed motion for enlargement of time (second request). (ECF No. 67.) The Court finds good cause exists to grant the motion.

It therefore is ordered that Respondents' unopposed motion for enlargement of time (ECF No. 67) is granted. Respondents will have up to and including August 20, 2021, to file an answer to the second amended petition (ECF No. 36).

DATED THIS 23rd Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE