# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK ZANINI,<br><br>      Petitioner,<br>  v.<br><br>WARDEN BAKER, *et al.*,<br><br>      Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

  Respondents filed unopposed motions for enlargement of time. (ECF Nos. 69, 70 ("Motions").) The Court finds good cause exists to grant the Motions.

  It is therefore ordered that Respondents' unopposed motions for enlargement of time (ECF Nos. 69, 70) are granted. Respondents will have up to and including September 15, 2021, to file an answer to Zanini's second amended petition. (ECF No. 36.)

  DATED THIS 10th Day of September 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE