UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FRANK ZANINI,

                          Petitioner,

          v.

WARDEN BAKER, *et al.*,

                          Respondents.

Case No. 3:18-cv-00336-MMD-WGC

ORDER

In this habeas corpus action, Petitioner Frank Zanini has filed an unopposed motion for extension of time (first request). (ECF No. 73 ("Motion").) The Court finds good cause exists to grant the Motion. It is therefore ordered that Zanini will have up to and including December 14, 2021, to file a reply to the answer. (ECF No. 72.)

DATED THIS 19th Day of October 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE