UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI,<br><br>    Petitioner,<br>v.<br><br>WARDEN BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:18-cv-00336-MMD-WGC<br><br>ORDER |

Petitioner Frank Zanini has filed an unopposed motion for extension of time (second request). (ECF No. 75 ("Motion").) The Court finds good cause exists to grant the Motion. (*Id.*)

It is therefore ordered that Zanini's unopposed motion for extension of time (second request) is granted. (ECF No. 75.) Zanini will have up to and including January 28, 2022, to file a reply to the answer. (ECF No. 72.)

DATED THIS 16th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE