UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| FRANK ZANINI, | Case No. 3:18-cv-00336-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner Frank Zanini has filed an unopposed motion for extension of time (third request) (ECF No. 78). The Court finds good cause exists to grant the unopposed motion for extension of time (third request) (ECF No. 78). Zanini will have up to and including March 29, 2022, to file a reply to the answer (ECF No. 72).

DATED THIS 1st Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE