UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| FRANK ZANINI, | Case No. 3:18-cv-00336-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner Frank Zanini has filed an unopposed motion for extension of time (fourth request) (ECF No. 80). The Court finds that good cause exists to grant the unopposed motion. (*Id.*) It is therefore ordered that Zanini will have up to and including April 28, 2022, to file a reply to the answer (ECF No. 72) to the amended petition for writ of habeas corpus (ECF No. 36).

DATED THIS 30th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE