UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:18-cv-00336-MMD-CSD<br><br>ORDER |

　　　　Petitioner Frank Zanini has filed an unopposed motion for extension of time (fifth request) (ECF No. 82). The Court finds good cause exists to grant the unopposed motion for extension of time (fifth request). (*Id*.) Zanini will have up to and including May 19, 2022, to file a reply to the answer (ECF No. 72).

　　　　DATED THIS 2nd Day of May 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE