UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI, | Case No. 3:18-cv-00336-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

28 U.S.C. § 2254 habeas corpus Petitioner Frank Zanini seeks an extension of time to file a reply in support of his second-amended petition. (ECF No. 84.) He indicates that Respondents do not oppose the request. Counsel for Petitioner explains that a further extension is warranted because this case is unusually fact-intensive and because it is his position that the trial court permitted a large amount of inadmissible evidence to be presented. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's sixth motion for extension of time to file a reply in support of his second-amended petition (ECF No. 84) is granted. The deadline to file the reply is June 20, 2022. The Court notes that, absent extraordinary circumstances, it is highly unlikely to grant any further extension.

DATED THIS 20th Day of May 2022.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT