UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00336-MMD-CSD<br><br>ORDER |

Upon review of the state court record submitted in this habeas matter, and under Rule 5(c) of the Rules Governing Section 2254 Cases, it is hereby ordered that:

1. Respondents file by January 27, 2023, and designate as Exhibit 74, a copy of the trial jury instructions. (ECF No. 43-4 at 11.)
2. If Respondents are unable to file the supplemental exhibit described in this order, counsel for Respondents must file a declaration explaining why, or seek other appropriate relief.

DATED THIS 20th Day of January 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE