UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK ZANINI, | Case No. 3:18-cv-00336-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Upon review of the exhibits filed in this matter, it appears that Petitioner Frank Zanini failed to fully comply with the redaction requirements of LR IC 6-1(a)(2) and (3). (ECF Nos. 10-6 at 17, 37-1 at 31, 36, 37-2 at 2-3, 38-1 at 2-3, 39-1 at 11-12, 42-3 at 8, 43-1 at 215-16, 43-2 at 4, 43-3 at 135, 43-4 at 13, 45-46, 44-2 at 4, 32-33, 44-5 at 6.) Compelling reasons exist to seal the documents as they contain personal-data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(2) ("If the involvement of a minor child must be mentioned, only the initials of that child should be used"); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used").

It is therefore ordered that:

1.  Zanini must file redacted publicly available copies of the documents filed as ECF Nos. 10-6, 37-1, 37-2, 38-1, 39-1, 42-3, 43-1, 43-2, 43-3, 43-4, 44-2, and 44-5, in compliance with LR IC 6-1(a)(2)-(3) by February 10, 2023; and
2.  The Clerk of Court is directed to seal the documents filed as ECF Nos. 10-6, 37-1, 37-2, 38-1, 39-1, 42-3, 43-1, 43-2, 43-3, 43-4, 44-2, and 44-5.

DATED THIS 1st Day of February 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE